UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREA STEVENS,
for herself and class members,                          Case No. 1:14-cv-10

                    Plaintiff,                          HON. ROBERT J. JONKER

v.

SCHISLER LAW, P.L.C.,
SCOTT A. SCHISLER, and
RUSTIN ALLEN SCHISLER,

                    Defendants.
_____/

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Andrea Stevens, individually and as a representative of a settlement class of similarly situated persons, moves this Court for final approval of the class action settlement with defendants, which the Court preliminarily approved on November 21, 2016. As stated in the brief filed in support of this motion, notice has been mailed to all class members as directed in the Court's Order of Preliminary Approval, there have been no objections to the settlement, one person has opted out of the settlement, and the settlement is fair, reasonable, and adequate, and provides substantial benefit to the class.

Dated: April 10, 2017                        /s/ Phillip C. Rogers
                                             Phillip C. Rogers (P34356)
                                             Attorney for Plaintiff
                                             6140 28th Street, S.E., Suite 115
                                             Grand Rapids, Michigan 49546
                                             (616) 776-1176
                                             ConsumerLawyer@aol.com

Dated: April 10, 2017                                        /s/ Michael O. Nelson
                                                             Attorney for Plaintiff
                                                             1104 Fuller N.E.
                                                             Grand Rapids, Michigan 49503
                                                             (616) 559-2665
                                                             mike@mnelsonlaw.com